ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

ROBERT OCASIO, et al.,

                     Plaintiffs,

- against -

COUNTY OF ORANGE, et al.,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - X

ECF CASE

04 Civ. 5229 (WCC)

**ORDER**

**CONNER, Sr. D.J.:**

       WHEREAS, the Court having been advised that although the terms of the settlement of the above-entitled action are still agreed upon by the parties, they need additional time to finalize the documents, it is hereby

       ORDERED, that the Court's previous Order, dated November 3, 2006, discontinuing this action, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days, is hereby modified to extend the time for consummation of the settlement to and including January 4, 2007.

SO ORDERED.

Dated: White Plains, New York
       December 6, 2006

                                            _____
                                            WILLIAM C. CONNER, Senior U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Copies E-Mailed to Counsel of Record