**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ROBERT OCASIO, et als.,                :    04 CIV 5229 (WCC)

                    Plaintiffs,        :    ECF CASE

        vs.                            :    STIPULATION OF
                                            **DISMISSAL WITH PREJUDICE**
COUNTY OF ORANGE, et als.,             :

                    Defendants.        :
---------------------------------------------------------------x
---------------------------------------------------------------x
LEROY THOMAS,                          :    05 CIV 4524 (WCC)

                    Plaintiff,         :

        vs.                            :

COUNTY OF ORANGE, et als.,             :

                    Defendants.        :
---------------------------------------------------------------x

Pursuant to a settlement agreement among the parties, the above-referenced actions be and are hereby dismissed with prejudice as to all defendants, and with each side bearing its own costs and attorneys' fees.

Dated: November 29, 2006

_____
Peter D. Stergios (PS 4929)
McCARTER & ENGLISH, LLP
Attorneys for Defendants
245 Park Avenue
New York, NY 10167
(212) 609-6800

_____
Christopher D. Watkins (CW 2240)
BERGSTEIN & ULLRICH LLP
Attorneys for Plaintiffs
15 Railroad Avenue
Chester, NY 10918
(845) 469-1277

SO ORDERED:  JAN. 10, 2007

_____
HON. WILLIAM C. CONNER, U.S.D.J.

COPIES E-MAILED TO COUNSEL OF RECORD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: